Honorable Ricardo S Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

EYERUSALAM TESFASELASSIE, an individual

Plaintiff,

vs.

GREENLAKE SENIOR LIVING, LLC, a Washington limited liability company,

Defendant.

NO. 2:25-cv-00951-RSM

STIPULATION AND ORDER OF DISMISSAL

**JOINT STIPULATION**

COMES NOW the parties hereto, by and through their respective counsel of record, and hereby stipulate that this action, including any and all claims, counterclaims, and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice and without cost to any party.

The parties further stipulate that this matter has been fully compromised and settled.

Dated this 31st day of March, 2026.

Respectfully submitted,

Stipulation and Order of Dismissal
Page 1 of 4

**Dickerson Davis Ahmed PLLC**
100 Second Ave South Suite 190
Edmonds, WA 98020

DICKERSON DAVIS AHMED, PLLC

*Emily Tatum*

Mark K Davis, WSBA #38713
Emily Tatum, WSBA #61230
100 Second Avenue S., Suite 190
Edmonds, WA 98020
Ph: 425-776-1352
Email: mark@lawdda.com
        emily@lawdda.com
**Attorneys for Plaintiff**


GORDON REES SCULLY MANSUKHANI, LLP

s/ Nicole C. DeSanctis

Sarah N. Turner, WSBA #37748
Nicole C. DeSanctis, WSBA #56974
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Ph: (206) 695-6115
Email: sturner@grsm.com
ndesanctis@grsm.com
Attorneys for Defendant

Stipulation and Order of Dismissal
Page 2 of 4

## ORDER

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party.

DATED this 3rd day of April, 2026.

Ricardo S Martinez
United States District Judge

**Dickerson Davis Ahmed PLLC**
100 Second Ave South Suite 190
Edmonds, WA 98020

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2026, I caused a true and correct copy of the foregoing documents to be served upon the following in the manner indicated below:

> GORDON REES SCULLY MANSUKHANI, LLP
> Sarah N. Turner, WSBA #37748
> Nicole C. DeSanctis, WSBA #56974
> 701 Fifth Ave., Suite 2100
> Seattle, WA 98104
> Phone: (206) 695-5115
> Fax: (206) 689-2822
> Email: sturner@grsm.com
> Email: ndesanctis@grsm.com
> Attorneys for Defendant
> **VIA ELECTRONIC MAIL**

> DICKERSON DAVIS AHMED, PLLC
>
> By ___Emily Tatum___
>      Emily Tatum, WSBA #61230
>      Attorney for Plaintiff